FILED
JOHN P. HEHMAN
CLERK

2014 NOV -6 PM 12: 57

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA : MAGISTRATE NO. **1:14MJ-693**

:
: **Motion to Seal Arrest Warrant,**
v. : **Criminal Complaint, Supporting**
: **Affidavit, and This Motion and**
: **Order**
MICHAEL R. HOYT :
:

Now comes the United States Attorney and moves this Court to seal the contents of the Arrest Warrant, Criminal Complaint, Supporting Affidavit, and this Motion and Order until such time as agents of the Government can effectuate the arrest of the person named in the Complaint or until directed by this Court.

In support of this Motion, the United States Attorney states:

1. There is no Indictment or Information pending before any United States District Court which necessitates the disclosure of the Arrest Warrant, Criminal Complaint, Supporting Affidavit, and this Motion at this time.

2. Rule 12 of the Federal Rules of Criminal Procedure suggests that the proper time for moving to suppress evidence obtained pursuant to the arrest warrant is subsequent to the filing of an Indictment or Information and arraignment thereon. Therefore, no prejudice would be caused to any defendant or potential defendant by the granting of this Motion.

3. The disclosure of certain information and statements contained in said documents would hamper an ongoing criminal investigation in that the flight of the potential defendant to avoid arrest could be expected.

WHEREFORE, the United States respectfully requests that the Arrest Warrant, Criminal Complaint, Supporting Affidavit, and this Motion and Order be sealed and kept from public inspection until such time as ordered by this Court.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

DEBORAH D. GRIMES (0078698)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513)684-3711
Fax: (513)684-6385
Deborah.Grimes@usdoj.gov

2