UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. |
| | : | |
| v. | : | **Order Sealing Arrest Warrant, Criminal Complaint, Supporting Affidavit, and Motion and Order to Seal** |
| MICHAEL R. HOYT | : | |

Upon the Motion of the United States Attorney and for good cause shown, it is

**ORDERED** that the Arrest Warrant, Criminal Complaint, Supporting Affidavit, Motion to Seal and this Order be sealed, and the Clerk is instructed not to unseal the Arrest Warrant, Criminal Complaint, Supporting Affidavit, Motion to Seal and this Order until further order of this Court.

*Stephanie K Bowman*
Honorable Stephanie K. Bowman
UNITED STATES MAGISTRATE JUDGE