FILED
JOHN P. HEHMAN
CLERK

2014 NOV -6 PM 12: 57

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>___Michael R. Hoyt___<br>*Defendant* | )<br>)<br>) Case No. **1:14MJ-693**<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Michael R. Hoyt,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Defendant did threaten to murder John Boehner, Speaker of the United States House of Representatives, with intent to impede, intimidate, and interfere with such official while he was engaged in the performance of his official duties, in violation of 18 U.S.C. § 115(a)(1)(B).

Date: 11/6/14

*Stephanie K. Bowman*
Issuing officer's signature

City and state: Cincinnati, Ohio

Stephanie K. Bowman, United States Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)* 11-6-14, and the person was arrested on *(date)* 12-10-14
at *(city and state)* CINCINATI, OH.

Date: 12-10-14

*[signature]*
Arresting officer's signature

BELL JASON SSA
Printed name and title

14 DEC 10 PM 3:51