AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>__Michael Hoyt__<br>*Defendant* | ) ) ) ) ) Case No. 1:14mj693 |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 12/10/14

X _Michael R. Hoyt_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

MARTIN PINALES
*Printed name and bar number of defendant's attorney*
0024570

455 Delta Ave
*Address of defendant's attorney*
45226

mpinales@cincinRL.com
*E-mail address of defendant's attorney*

(513) 852-2850
*Telephone number of defendant's attorney*

252-2751
*FAX number of defendant's attorney*