UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 1:14-MJ-693 |
| v. | : | Magistrate Judge Litkovitz |
| MICHAEL R. HOYT | : | UNDER SEAL |

ORDER DIRECTING UNITED STATES MARSHAL TO DESIGNATE
DEFENDANT HOYT TO AN APPROPRIATE FACILITY
FOR A PSYCHIATRIC EXAMINATION AND REPORT

This matter came before the Court on December 10, 2014, on the Defendant's oral motion for psychiatric evaluation.

As a result, the Defendant requested, pursuant to 18 U.S.C. §§ 4142(a) and 4242 that a psychiatric or psychological exam of the defendant be conducted at a Federal Medical Center designated by the Attorney General (Bureau of Prisons), to determine whether the Defendant "is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense" and to determine whether the Defendant "was insane at the time of the offense charged." *See* 18 U.S.C. § 4247(c)(4)(A) and (B). Defendant Hoyt is currently in the custody of the United States Marshal at the Hamilton County Justice Center, Cincinnati, Ohio.

For good cause shown, this Court hereby grants the Defendant's oral motion and ORDERS that the United States Marshal Service request the Defendant be designated to a medical facility maintained by the United States Bureau of Prisons for a period not to exceed

forty-five (45) days from the date of his arrival, pursuant to 18 U.S.C. § 4247(b), in order to determine whether the Defendant "is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense" and to determine whether the Defendant "was insane at the time of the offense charged." *See* 18 U.S.C. § 4247(c)(4)(A) and (B). Thereafter, the United States Marshal shall notify the Court of the facility at which Defendant has been designated so further transport order may be entered.

A report shall be prepared pursuant to 18 U.S.C. § 4247(c) and shall be sent to:

> The Honorable Karen L. Litkovitz
> United States Magistrate Judge
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street
> Cincinnati, Ohio 45202
> (513) 564-7690

This Court will then provide copies to counsel for Defendant and counsel for the United States, pursuant to this provision.

IT IS ORDERED that the Clerk deliver a certified copy of this Order for Psychiatric Exam to the United States Marshal or other qualified officer.

IT IS FURTHER ORDERED that the United States Marshal shall notify the Court immediately of the facility at which the evaluation will be performed so further Transport Order may be entered.

**SO ORDERED, this** *10* **day of December, 2014.**

_____
HON. KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF OHIO