UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:14-MJ-693 |
| | : | |
| v. | : | Magistrate Judge Litkovitz |
| | : | |
| MICHAEL R. HOYT | : | UNDER SEAL |

## TRANSPORT ORDER

This matter came before the Court on December 10, 2014, on the Defendant's oral motion for psychiatric evaluation. At that time, the Court entered an order directing designation of Defendant to an appropriate medical facility. The Court having been advised by the United States Marshal that the examination will be conducted at _Devens, FMC_, the Court hereby Orders the Defendant be committed to the custody of the Attorney General (Bureau of Prisons) and that he be transported to the aforementioned medical facility.

IT IS ORDERED, that the Clerk deliver a certified copy of this Transport Order to the United States Marshal and the appropriate representative of the Bureau of Prisons.

SO ORDERED, this _16_ day of December, 2014.

_____
HON. KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF OHIO