

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. **1:15CR 001** |
| v. | : | **INDICTMENT** J. BLACK |
| MICHAEL R. HOYT | : | 18 U.S.C. § 115(a)(1)(B) |
| | : | 18 U.S.C. § 115(b)(4) |

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

On or about October 29, 2014, in the Southern District of Ohio, the defendant, MICHAEL R. HOYT, threatened to murder a United States official, namely, John Boehner, Speaker of the United States House of Representatives, with the intent to impede, intimidate, and interfere with such official while he was engaged in the performance of his official duties, and with the intent to retaliate against such official on account of the performance of his official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(4).

A TRUE BILL.

/S/
_____
**GRAND JURY FOREPERSON**

CARTER M. STEWART
UNITED STATES ATTORNEY

_____
ANTHONY SPRINGER
CINCINNATI BRANCH CHIEF