## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:15-CR-1 |
| | : | |
| Plaintiff, | : | Judge BLACK |
| | : | |
| v. | : | |
| | : | |
| MICHAEL R. HOYT | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCE OF COUNSEL

Now comes attorney, Candace C. Crouse and respectfully enters her appearance as co-counsel with Martin Pinales for Defendant, Michael R. Hoyt.

Respectfully submitted,

/s/ Candace C. Crouse
CANDACE C. CROUSE (Ohio Bar No. 0072405)
Pinales, Stachler, Young, Burrell & Crouse Co., LPA
455 Delta Ave., Suite 105
Cincinnati, Ohio 45226
(513) 252-2732
(513) 252-2751
ccrouse@pinalesstachler.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via this Court's electronic filing system on all counsel of record on this 29th day of January, 2015.

/s/ Candace C. Crouse
CANDACE C. CROUSE (0072405)