UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:15-cr-1 |
| | : | |
| vs. | : | Judge Timothy S. Black |
| | : | |
| MICHAEL R. HOYT, | : | |
| | : | |
| Defendant. | : | |

## ORDER FINDING DEFENDANT MICHAEL R. HOYT
## COMPETENT TO STAND TRIAL

This criminal case came before the Court on April 29, 2015 for a competency hearing. On a prior date, in accordance with an order of the Court, a forensic mental health evaluation was prepared pursuant to 18 U.S.C. §§ 4241 and 4247. The parties have stipulated to the contents of this report and waive further inquiry into Defendant's competency to stand trial.

The Court hereby finds that the Defendant Michael R. Hoyt is currently **not** suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Accordingly, the Court finds that **the Defendant is competent to stand trial** in this case.

**IT IS SO ORDERED**

Date: 4/29/15

_s/ Timothy S. Black_
Timothy S. Black
United States District Judge